## UNITED STATES of America, Plaintiff–Appellee,

v.

## Raoul LAFOND, Defendant–Appellant.

### No. 04–7284.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 16, 2004.

Decided: Sept. 24, 2004.

Raoul Lafond, Appellant pro se.

Clifton Thomas Barrett, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Raoul Lafond appeals the district court's order denying his motion for reconsideration of the court's denial of his motion to disclose grand jury transcripts. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Lafond,* No. CR–96–212 (M.D.N.C. July 12, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*